```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

BRANDI R. TUCKER, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION 12-0250-M
:
MICHAEL J. ASTRUE, :
Commissioner of Social Security,:
:
    Defendant. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Brandi R. Tucker.

DONE this 18th day of December, 2012.

                                          s/BERT W. MILLING, JR.
                                          UNITED STATES MAGISTRATE JUDGE