```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION

BRANDI R. TUCKER,                   :
                                    :
     Plaintiff,                     :
                                    :
vs.                                 :    CIVIL ACTION 12-0250-M
                                    :
MICHAEL J. ASTRUE,                  :
Commissioner of Social Security,    :
                                    :
     Defendant.                     :
```

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Brandi R. Tucker.

DONE this 18th day of December, 2012.

                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE